IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   CASE NO. 4:20CV01198 JM | |
| $96,800.00 IN U.S. CURRENCY<br>$9,300.00 IN U.S. CURRENCY<br>$9,000.00 IN U.S. CURRENCY | DEFENDANTS |
| GABRIEL CORRAL | CLAIMANT |

## ORDER OF FORFEITURE

The United States of America's unopposed motion for an order of forfeiture (ECF No. 8) is GRANTED. The Court now orders as follows:

1. $76,800.00 of Defendant $96,800.00 in U.S. Currency is ordered forfeited to the United States. Defendant $9,300.00 in U.S. Currency and Defendant $9,000.00 are also ordered forfeited to the United States.

2. $20,000.00 of Defendant $96,800.00 is dismissed with prejudice.

3. Each party will bear its own fees and costs.

4. The Court shall retain jurisdiction for purposes of enforcing the terms of the parties' settlement agreement.

5. The clerk is directed to close the case.

IT IS SO ORDERED this 12th day of April 2021.

_____
James M. Moody, Jr.
United States District Judge